**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.  04-cr-00514-WYD-06

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LAMAR BRANT,

        Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

      On March 5, 2010, the defendant commenced an eight (8) year term of supervised release.  The defendant has been compliant with all conditions of his supervision and has not incurred any new law violations.  Accordingly, it is

      ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

      DATED at Denver, Colorado, this 6th day of January, 2014.

                              BY THE COURT:


                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge